# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

137512

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRIEVANCE ADMINISTRATOR,
          Petitioner-Appellee,

v

GEORGE V. WARREN,
          Respondent-Appellant.

SC: 137512
ADB: 07-103-GA

_____/

       On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

s0518